IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES COBBLE, ET AL. | § | |
| | § | |
| VS. | § | ACTION NO. 4:18-CV-00150-Y |
| | § | |
| 20/20 COMMUNICATIONS, INC. | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring the same.

SIGNED February 21, 2019.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENET--PAGE SOLO
TRM/jtl